IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GREGORY WAYNE PIERCE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-19-811-SM |
| ANDREW M. SAUL, Commissioner of Social Security, | ) |
| Defendant. | ) |

**O R D E R**

This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell entered September 4, 2019 [Doc. No. 3]. Judge Mitchell recommended that the Court grant in part and deny in part Plaintiff's Application to Proceed without Prepaying Fees or Costs and recommended monthly payments of the filing fee. A review of the Court's Docket indicates that Plaintiff paid the full $400.00 filing fee on September 5, 2019 in lieu of making monthly payments.

Therefore, the Court adopts the Report and Recommendation [Doc. No. 3] to the extent it finds Plaintiff is financially able to pay the filing fee and the Motion for Leave to Proceed Without Prepaying Fees or Costs is denied as moot

IT IS SO ORDERED this 10th day of September, 2019.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE